# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0453. RONALD DOMOND v. THE STATE.**

On March 31, 2026, Ronald Domond filed this application for discretionary review of the trial court's February 17, 2026 order denying his pro se motion to reinstate out-of-time appeal rights. We, however, lack jurisdiction. An application for discretionary review must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with it. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Domond filed this application 42 days after entry of the order he seeks to appeal, it is untimely and is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/24/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Domond attempted to file his application earlier, but this Court rejected that submission for failure to include a stamped "filed" copy of the trial court's order. See Court of Appeals Rule 31(c) ("Discretionary applications must contain a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought. ... The Court will return any application not containing a stamped 'filed' copy of the trial court order ....").